## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RUDY LOPEZ, on behalf of himself and all others similarly situated, | ) ) | CASE NO.: 3:21-CV-00061-TMR |
| | ) | JUDGE THOMAS M. ROSE |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SILFEX, INC., | ) ) | **ORDER APPROVING SETTLEMENT** |
| Defendant. | ) ) | |

This matter is before the Court on the Parties' Joint Motion for Final Approval of FLSA Settlement (ECF No. 32). The Motion asks the Court to enter an order: (1) granting approval of the Parties' settlement pursuant to the Fair Labor Standards Act ("FLSA") as reflected in the Class Settlement Agreement and Release (ECF No. 19-1); (2) granting final approval of a payment to Class Counsel in the amount of $111,666.67 in attorney's fees (representing one-third of the Global Settlement Fund) and $3,391.92 in litigation expenses; (3) granting final approval of a Service Award to Representative Plaintiff in the amount of $3,500; and (4) dismissing this case with prejudice. (ECF No. 32 at PageID 536.) The Motion is GRANTED.

Having reviewed the Joint Motion, the parties' settlement agreement, the materials submitted in support of the Joint Motion, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Order granting final approval of the Settlement and approving the proposed Service Award and attorneys' fees and expense reimbursements to Class Counsel.

1. The captioned Action asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, on behalf of non-exempt employees of Defendant Silfex, Inc. ("Defendant" or "Silfex").

2.      On February 23, 2021, Representative Plaintiff Rudy Lopez filed this Action as a collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, and alleged that Defendant unlawfully failed to include the shift differentials/premiums and bonuses paid to Plaintiff and other similarly situated manufacturing employees in their regular rate of pay for purposes of calculating their overtime compensation, in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, as well as a "class action" pursuant to Fed. R. Civ. P. 23 to remedy violations of the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), R.C. 4111.03. (ECF No. 1.)  Defendant denies the allegations and maintains that Representative Plaintiff and the individuals she purports to represent were properly compensated at all times.  (ECF. No. 11.)

3.      Between April 2021 and September 2021, the Parties engaged in an informal yet comprehensive exchange of information regarding Plaintiff's claims and Defendant's defenses to such claims.

4.      The Parties engaged in extensive legal discussion and correspondence, which included numerous and lengthy discussions and written communications. Between June 24, 2021 and September 16, 2021, the Parties engaged in extensive settlement negotiations.

5.      On September 16, 2021, the Parties attended a full day of mediation with mediator and former Cuyahoga County Judge Peggy Foley Jones, and reached an agreement to settle the Action on the terms set forth in the Agreement.  The Parties reached the proposed settlement in this matter after extensive research, legal debates, discussions, and correspondence, and after good faith bargaining with the assistance of a well-respected and regarded mediator who is familiar with wage and hour laws.

6.      The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).  The Court finds that the Settlement resulted from arms-length negotiations between experienced counsel after substantial

investigation.  Class Counsel has informed the Court that they believe the Settlement is fair, reasonable, and adequate and in the best interests of the Representative Plaintiff, Current Opt-ins, and Eligible Settlement Participants.  The Court has considered all relevant factors, including the risk, complexity, expense, and likely duration of the litigation; the extent of investigation; the amount offered in the Settlement; and the experience and views of counsel for the Parties.

7.    The Court grants final approval of the Settlement.

8.    The Court approves the Service Award to Representative Plaintiff Rudy Lopez in recognition of his service in the Action, and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Agreement.

9.    The Court approves the payment of attorneys' fees and expense reimbursements to Class Counsel as provided in the Agreement, and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Agreement.

10.   The Court retains jurisdiction over the Action to enforce the terms of the Settlement.

**SO ORDERED:**


Date:   July 5, 2022                       s/Thomas M. Rose
                                           Honorable Thomas M. Rose
                                           United States District Judge


**SO STIPULATED:**

 /s/ Shannon M. Draher                      /s/ Jason W. Hilliard (with permission)
Shannon M. Draher (0074304)                Jason W. Hilliard, Esq. (#0082688)
Hans A. Nilges (0076017)                   Lindsey N. Boyd, Esq. (#0099076)
7034 Braucher St NW, Suite B               DINSMORE & SHOHL LLP
North Canton, OH 44720                     255 East Fifth Street, Suite 1900
Phone: 330-470-4428                        Cincinnati, Ohio 45202
Facsimile: 330-754-1430                    Phone: (513) 977-8200
sdraher@ohlaborlaw.com                     Fax: (513) 977-8141

3

hans@ohlaborlaw.com

Jason.hilliard@dinsmore.com
allison.goico@dinsmore.com

*Attorneys for Defendant*

Chastity L. Christy (0076977)
Anthony J. Lazzaro (0077962)
Lori M. Griffin (0085241)
The Lazzaro Law Firm, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
chastity@lazzarolawfirm.com
anthony@lazzarolawfirm.com
lori@lazzarolawfirm.com

*Attorneys for Plaintiff*